UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:08-CR-395-FL

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DURWOOD JOSEPH FIELDS ) | ORDER REGARDING TRIAL EXHIBITS<br>IN THE CUSTODY OF ATF |

THIS MATTER AROSE upon the United States' Motion to Return and Destroy Former Evidence.

For good cause shown and for the reasons stated in the Government's Motion, the Government's Motion is hereby allowed, and the Government is ordered:

1. Within 30 days of this order, ATF shall provide notice by certified mail/return receipt or personal service to Teresa Fields that Trial Exhibits 1-18, 20-31, 33-34, and 39-45 and all other items seized which she may have a claim for are no longer needed as evidence and may be obtained from the ATF office in Wilmington within 30 days of the notice;

2. ATF shall destroy any of the above trial exhibits not obtained from ATF within the 30 days specified by ATF in its notice.

3. ATF shall destroy Trial Exhibits 32, 38, and 69.

IT IS SO ORDERED, this the 15th day of November, 2013.

_____
THE HONORABLE LOUISE W. FLANAGAN
United States District Judge